**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Jeffrey I. Dyser
    Bankruptcy Case No. 5-08-51140
    Unclaimed Funds For: Jeffrey Dyser
    82 Brill Road
    Honesdale PA 18431

Dear Clerk:

Enclosed herewith please find check No.746043 for $614.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
WILKES-BARRE, PA.
2009 JUL -9 AM 11:19
CLERK U.S. BANKRUPTCY COURT

Case 5:08-bk-51140-JJT Doc 54 Filed 07/09/09 Entered 07/09/09 12:34:00 Desc